# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 13, 2015

## NO. 03-15-00677-CR

**Kenneth Wayne Acy, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.